ALFRED CURRY, PLAINTIFF IN ERROR, v. CONGRESS HALL HOTEL COMPANY, DEFENDANT IN ERROR.

Submitted July 8, 1907—Decided November 18, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Matthew Jefferson* and *John W. Wescott.*

For the defendant in error, *Carrow & Kraft.*

Per Curiam.

The judgment of the Supreme Court brought up by this writ of error is affirmed, for the reasons given in the *per curiam* opinion in the Supreme Court in the cause.

*For affirmance*—MAGIE, CHANCELLOR, THE CHIEF JUS-
TICE, GARRISON, HENDRICKSON, SWAYZE, REED, TRENCHARD,
BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.
13.

*For reversal*—None.